IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-00594-MSK-MJW

CONNIE GRIESS,

       Plaintiff,

v.

N.A.R., INC., a Utah corporation doing business as North American Recovery,

       Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Unopposed Motion to Dismiss with Prejudice (Motion) **(#13)** filed June 29, 2012.  The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED** and any and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  The Clerk shall close this case.

DATED this 2nd day of July, 2012.

                                                     **BY THE COURT:**

                                                   Marcia S. Krieger
                                                   United States District Judge